Order issued September 26 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00369-CV

## MENEESE WALL, Appellant

V.

## PHILLIP M. ORR, TRUSTEE OF THE ORR FAMILY TRUST, Appellee

## ORDER

We **GRANT** appellant's September 14, 2012 motion to extend time to file reply brief and

**ORDER** appellant's brief, received September 14th also, filed as of the date of the Order.

ELIZABETH LANG-MIERS
JUSTICE